

| | | |
|---|---|---|
| CAAP–14–0000704 | Mosier v. Parkinson | Affirmed, Vacated and Remanded |

### June 27, 2016

| | | |
|---|---|---|
| CAAP–12–0000537 | State v. Conroy | Affirmed |

### June 28, 2016

| | | |
|---|---|---|
| CAAP–15–0000361 | Association of Apartment Owners of Century Center ex rel. Bd. of Directors v. Nomura | Vacated and Remanded |
| CAAP–14–0000585 | DB Private Wealth Mortg., Ltd. v. Bouley | Affirmed |
| CAAP–15–0000548 | State v. Sanney | Affirmed |

### June 29, 2016

| | | |
|---|---|---|
| CAAP–15–0000436 | ES, In re | Affirmed |
| CAAP–14–0000335 | State v. Celestine | Affirmed |
| CAAP–15–0000564 | State v. Gierhart | Affirmed |
| CAAP–15–0000385 | State v. Lathrop | Affirmed |
| CAAP–14–0001098 | Tabuyo v. Reish | Affirmed |

### June 30, 2016

| | | |
|---|---|---|
| CAAP–14–0001073 | Bank of Hawaii v. Mostoufi | Affirmed |
| CAAP–13–0001679 | Bank of Hawaii v. Mostoufi | Vacated and Remanded |